SEALED

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
NOV 12 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. |
| (1) 4633 E. Shields Avenue #112, Fresno, CA 93726 ) | 1:19 SW 00355 SKO |
| ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     California    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any U.S. Magistrate Judge in EDCA    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  November 5, 2019 at 11:49 a.m.         *[signature]*
                                                                                    *Judge's signature*

City and state:     Fresno, CA                    Sheila K. Oberto, U.S. Magistrate Judge
                                                            *Printed name and title*

## ATTACHMENT A-1

## LOCATION TO BE SEARCHED/SUBJECT PREMISES

The property and apartment located at **4633 E. Shields Avenue #112 Fresno, CA 93726**

The location is described as a one bedroom, one bathroom, single-story apartment approximately 625 square feet in size. The apartment is located within the Ashwood Garden Apartment complex and is located in the northwest building of the complex, which contains eight separate apartments within each building. The numbers "112' are on the green main entrance door and apartment number "113" is adjacent to the north and apartment "212" is directly above the SUBJECT PREMISES. The residence is a light beige color, with faux brick siding on the southside of the unit.

The search should include all rooms, annexes, attics, basements, garages, carports, outside yard, curtilage, mailboxes, trash containers, debris boxes, storage lockers and areas, cabinets, rooms, sheds, and outbuildings associated with the SUBJECT PREMISES. Parking stall number #112 located in the resident controlled west side parking lot has been identified as being specifically assigned to the occupant/s of the SUBJECT PREMISES. The search should also extend into desks, cabinets, safes, briefcases, purses, trash receptacles, and other storage locations on the SUBJECT PREMISES, in which items in Attachment B may be found.

The search shall authorize officers to require the production of identification of any person reasonably believed to have possession and control of the SUBJECT PREMISES. The search shall also authorize officers to search the persons and items (e.g., purses, backpacks, etc.) attached to any person reasonably believed to have possession and control of the SUBJECT PREMISES and encountered at the SUBJECT PREMISES.

The search shall include all vehicles found on or at SUBJECT PREMISES which appear to be under the possession, custody, or control of Isaias HERRERA-Ortiz.

# Return

| | | |
|---|---|---|
| Case No.: 1:19 SW 03555KO | Date and time warrant executed: 11/16/19 @ 0602 | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: SA M. Jacques

Inventory of the property taken and name of any person(s) seized:

Black LG phone cracked screen
Motorolla Cricket Cell phone
Motorolla Cricket Cellphone cracked
Motorolla Cricket Cell phone
Samsung Galaxy S8+
iPhone
Adata UV150 18GB Thumb drive
Adata C008 8GB
Mexican Passport
ID Docs (7)
US Currency $3,800

Isias Herrera Ortiz, DOB: 9/19/1990

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/12/19

_Executing officer's signature_

Jackie Lovato, SA
_Printed name and title_